ROBERT STARR (CA SBN 183052)
robert@frontierlawcenter.com
ADAM ROSE (CA SBN 210880)
adam@frontierlawcenter.com
MANNY STARR (CA SBN 319778)
manny@frontierlawcenter.com
FRONTIER LAW CENTER
23901 Calabasas Road, Suite 2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JODI FLOTH, and VERONICA ESHELBY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOO FACED COSMETICS, LLC,<br><br>Defendant. | CASE NO.: No. 8:18-cv-00707-CJC-JC<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Served: May 16, 2018<br>Response Due Date: August 6, 2018 |

NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs hereby dismiss the above-captioned action with prejudice.

Dated:   August 6, 2018          By: _/s/ Robert Starr_

ROBERT STARR
robert@frontierlawcenter.com
ADAM ROSE
adam@frontierlawcenter.com
MANNY STARR
manny@frontierlawcenter.com
FRONTIER LAW CENTER
23901 Calabasas Road, Suite 2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

Attorneys for Plaintiffs

1

NOTICE OF DISMISSAL WITH PREJUDICE